IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NAKITA D. FLOYD
ADC #118910                                                                    PLAINTIFF

v.                             No. 3:12-cv-206-DPM

DARRELL HAYES, Detective, West Memphis Police
Department; ALAN DARETY, Detective,
West Memphis Police Department; JOE BAKER,
Sergeant, West Memphis Police Department; and
ROBERT LANGSTON, Captain, West Memphis
Police Department                                                              DEFENDANTS

### ORDER

Floyd's motion for voluntary dismissal, № 27, is granted. His complaint is dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 July 2013