IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NAKITA D. FLOYD**
**ADC #118910**                                                          **PLAINTIFF**

v.                          No. 3:12-cv-206-DPM

**DARRELL HAYES, Detective, West Memphis Police**
**Department; ALAN DARETY, Detective,**
**West Memphis Police Department; JOE BAKER,**
**Sergeant, West Memphis Police Department; and**
**ROBERT LANGSTON, Captain, West Memphis**
**Police Department**                                                    **DEFENDANTS**

## JUDGMENT

Floyd's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 July 2013