IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NAKITA D. FLOYD**
**ADC #118910**  **PLAINTIFF**

v.  No. 3:12-cv-206-DPM

**DARRELL HAYES, Detective, West Memphis Police Department; ALAN DARETY, Detective, West Memphis Police Department; JOE BAKER, Sergeant, West Memphis Police Department; and ROBERT LANGSTON, Captain, West Memphis Police Department**  **DEFENDANTS**

## JUDGMENT

Floyd's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2013